Kaplan Martin

1133 Avenue of the Americas
Suite 1500
New York, New York 10036

(212) 316-9500
tmartin@kaplanmartin.com

June 18, 2026

**VIA ECF**

The Honorable Clay H. Kaminsky
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Jackson v. Diageo North America, Inc.*, No. 25 Civ. 6994 (E.D.N.Y.) ("*Jackson*"); *Haschemie, et al. v. Diageo North America, Inc., et al.*, No. 25 Civ. 7036 (E.D.N.Y.) ("*Haschemie*")

Dear Judge Kaminsky:

We write on behalf of Defendants Diageo North America, Inc., Diageo Beer Company USA, and Diageo Americas, Inc. ("Diageo") in the above-captioned actions.

Yesterday, June 17, 2026, the parties appeared for a status conference before Judge LaShann DeArcy Hall, during which she ordered a stay of *Jackson* and *Haschemie*.

Because Judge DeArcy Hall has granted the stay relief sought in Diageo's letter motions, *see Jackson*, ECF No. 58; *Haschemie*, ECF No. 81, it is Diageo's understanding that the need for further motion practice, including the opening brief that would otherwise be due today under this Court's briefing schedule, has been rendered moot. *See* June 10, 2026 Dkt. Entry, *Jackson*; June 10, 2026 Dkt. Entry, *Haschemie*.

Diageo respectfully submits this update for the Court's consideration and remains available to provide any further information the Court may find helpful.

Respectfully submitted,

Timothy S. Martin

cc: All Counsel of Record (via ECF)